*Timothy J. Johnston,* with whom, on the brief, was *Patricia A. Thompson,* for the appellant (defendant).

*Ben A. Solnit,* for the appellee (plaintiff).

PER CURIAM. There is no error.

## IN RE ROY P.*
### (7554)

BORDEN, SPALLONE and O'CONNELL, Js.

Argued December 20—decision released December 29, 1989

*Jeremiah Donovan,* special public defender, for the appellant (respondent).

*Bruce A. Tonkonow,* state's advocate, for the appellee (petitioner).

PER CURIAM. There is no error.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 2026, the names of the parties involved in this appeal are not disclosed. The record and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.